IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                        CHAPTER 13
JEFFREY LYNN GOSS
  Debtor

CASE NO. 4:18-bk-04257

**DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH
POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS
1129(a)(14), 1225(a)(7), 1325(a)(8) AND (a)(9)**
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, Jeffrey Lynn Goss, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on __3/15/19__.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event of any of the information contained in this Certification changes.

5. If this Certification being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: __January 24, 2019__ BY: _____
                                                      Jeffrey Lynn Goss