UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jeffrey Lynn Goss<br>  Debtor<br><br>JPMorgan Chase Bank, National Association,<br>  Movant,<br>v.<br><br>Jeffrey Lynn Goss,<br> Respondent/Debtor,<br>and<br>Charles J. DeHart, III, Trustee,<br> Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>18-04257/RNO |

## OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION

  JPMorgan Chase Bank, National Association, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

  1. On or about October 8, 2018, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

  2. Movant holds an allowed claim, secured only by Debtor's principal residence located at 373 Tow Hill Road, Port Matilda, PA 16870.

  3. Movant is in the process of filing its Proof of Claim citing arrears in the amount of $19,065.33, and a total claim in the amount of $113,496.66.

  4. Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $19,065.33 to be paid to the Trustee through the Plan 90 days after confirmation of the plan.

  5. The plan provides for the following treatment of this creditor:

PAY ARREARS PER ALLOWED PROOF OF CLAIM BUT WILL NOT START MAKING PAYMENTS TO TRUSTEE OR TO REGULAR POST-PETITION PAYMENTS FOR 90- DAYS.; WILL REFINANCE TO A REVERSE MORTGAGE WITHIN 6 MONTHS OF FILING; DEBTOR LIST POTENTIAL LAWSUIT AGAINST CHASE IN PARAGRAPH 3 PAGE 2 OF TEN OF PLAN.

Creditor does not consent to this treatment. The case was filed in 2018.

6. The Plan fails to comply with 11 U.S.C. § 1322.

7. The Plan fails to comply with 11 U.S.C. § 1325.

8. The Court must deny confirmation of Debtor's Chapter 13 Plan.

WHEREFORE, JPMorgan Chase Bank, National Association respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

Respectfully submitted,

Dated: March 18, 2021

/s/ Kristen D. Little
BY:_____
Kristen D. Little, Esquire
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

LLG File #:18-059106

PA BAR ID #79992
klittle@logs.com
pabk@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OIF PENNSYLVANIA

| | |
|---|---|
| In re: Jeffrey Lynn Goss<br>  Debtor. | CHAPTER 13 |
| JPMorgan Chase Bank, National Association,<br>  Movant,<br>v.<br><br>Jeffrey Lynn Goss,<br>  Debtor/Respondent,<br>and<br>Charles J. DeHart, III, Trustee,<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-04257/RNO |

## **CERTIFICATE OF SERVICE**

      I, Kristen D. Little, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of JPMorgan Chase Bank, National Association's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on March 18, 2021:

Jeffrey Lynn Goss
PO Box 17
State College, PA 16804

Kara Katherine Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Sent via electronic notification karagendronecf@gmail.com

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Sent via electronic notification dehartstaff@pamd13trustee.com

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    /s/ Kristen D. Little
Kristen D. Little
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800

LLG File #:18-059106

Jeffrey Lynn Goss
PO Box 17
State College, PA 16804