United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeffrey Lynn Goss  
    Debtor

Case No. 18-04257-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2  
Date Rcvd: Apr 01, 2021     Form ID: nttext     Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Lynn Goss, PO Box 17, State College, PA 16804-0017 |
| 5117156 | + | BANK OF NEW YORK MELLON, ONE WALL STREET, NEW YORK, NY 10286-0001 |
| 5117157 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5117161 | + | GREGORY JAVARDIAN ESQUIRE, 1310 INDUSTRIAL BLVD, 1ST FLOOR SUITE 101, SOUTHAMPTON PA 18966-4030 |
| 5138726 | | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5117164 | + | REED SMIITH LLP, MICHELE L ZERR, ESQ, 225 FIFTH AVENUE, STE 1200, PITTSBURGH, PA 15222-2716 |
| 5117165 | + | SHAPIRO & DENARDO, LLC, 3600 HORIZON DRIVE, STE 150, KING OF PRUSSIA, PA 19406-4702 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 01 2021 19:18:49 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL |
| 5117158 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 01 2021 18:46:00 | CARRINGTON MORTGAGE SERVICES LLC, 1600 S DOUGLASS ROAD STE 200A, ANAHEIM, CA 92806-5951 |
| 5117159 | + | Email/Text: dehartstaff@pamd13trustee.com | Apr 01 2021 18:47:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036-8625 |
| 5117160 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2021 18:47:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5141831 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 01 2021 18:46:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5117166 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 01 2021 18:46:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5117162 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2021 18:46:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5117163 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 01 2021 19:18:50 | JPMORGAN CHASE BANK, NA, 7255 BAYMEADOWS WAY, JACKSONVILLE, FL 32256 |
| 5117167 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 01 2021 18:46:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Jeffrey Lynn Goss DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Jeffrey Lynn Goss karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kevin S Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>  Jeffrey Lynn Goss<br><br>        **Debtor 1** | Chapter 13<br><br>Case number 4:18−bk−04257−HWV |

## Notice

A hearing in this matter is currently scheduled for 4/23/2021. ALL HEARINGS IN THE WILLIAMSPORT DIVISION WILL BE HEARD REMOTELY VIA ZOOM. THERE WILL BE NO IN COURT APPEARANCE. PARTIES SEEKING AN EVIDENTIARY HEARING SHOULD CONTACT THE COURT TO SCHEDULE IT FOR ANOTHER LOCATION. The information regarding our remote hearing system can be found on our webpage http://www.pamb.uscourts.gov, under the section Remote Appearance Guide. The Court will not be using Courtcall. All other information on the original Notice will remain in full force and effect. (RE: related document(s)62). (Boyle, Cindy)

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 1, 2021 |

Notice Text Entries (Form nttext) (3/20)