In re:  
William R. Gallagher  
    Debtor

Case No. 16-00276-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: DDunbar    Page 1 of 1    Date Rcvd: Nov 28, 2017  
                  Form ID: pdf010    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
         SHERRY L. GALLAGHER,    ROAD #3 BOX 3373, CENTER,    STREET STROUDSBURG, PA 18360  
       +SHERRY L. GALLAGHER,    295 CENTER ROAD,    STROUDSBURG, PA 18360-7724  
       +WILLIAM R. GALLAGHER,    295 CENTER ROAD,    STROUDSBURG, PA 18360-7724  
        WILLIAM R. GALLAGHER,    ROAD #3 BOX 3373, CENTER,    STREET STROUDSBURG, PA 18360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:

         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com  
         J. Zac Christman    on behalf of Creditor    Borough of East Stroudsburg    jchristman@newmanwilliams.com,    mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com  
         James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
         Jeremy John Kobeski    on behalf of Creditor    U.S. Bank National Association, As Trustee Under Pooling et al. pamb@fedphe.com  
         Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee Under Pooling et al. pamb@fedphe.com  
         John J. Martin    on behalf of Debtor 1 William R. Gallagher jmartin@martin-law.net, kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r59891@notify.bestcase.com  
         Joseph Angelo Dessoye    on behalf of Creditor    U.S. Bank National Association, As Trustee Under Pooling et al. pamb@fedphe.com  
         Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kimberly D Martin    on behalf of Debtor 1 William R. Gallagher kmartin@martin-law.net, jashley@martin-law.net;r59891@notify.bestcase.com  
         Kyle Kenneth Gebel    on behalf of Creditor    Wells Fargo Bank Kyle.K.Gebel@wellsfargo.com  
         Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee Under Pooling et al. pamb@fedphe.com  
         Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,    DPugh@monroecountypa.gov  
         Philip W. Stock    on behalf of Creditor    Monroe County Tax Claim Bureau pwstock@ptd.net  
         Thomas Song    on behalf of Creditor    U.S. Bank National Association, As Trustee Under Pooling et al. thomas.song@phelanhallinan.com  
         Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
         William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                   TOTAL: 18

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| IN RE: : | |
| WILLIAM R. GALLAGHER : | BK. No. 5:16-bk-00276-JJT |
| **Debtors** : | |
| : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS : | |
| TRUSTEE UNDER POOLING AND SERVICING : | |
| AGREEMENT DATED AS OF MAY 1, 2007 MASTR : | |
| ASSET-BACKED SECURITIES TRUST 2007-HE1 : | |
| MORTGAGE PASS-THROUGH CERTIFICATES : | 11 U.S.C. §362 & §1301 |
| SERIES 2007-HE1 : | |
| **Movant** : | |
| v. : | |
| WILLIAM R. GALLAGHER : | |
| SHERRY L. GALLAGHER (Non-Filing Co-Debtor) : | |
| **Respondents** : | |

**ORDER GRANTING RELIEF FROM §362 & §1301 AUTOMATIC STAY & CO-DEBTOR STAY WITH RESPECT TO ROAD #3 BOX 3373, CENTER STREET, STROUDSBURG, PA 18360 A/K/A 295 CENTER ROAD, STROUDSBURG, PA 18360.**

Upon consideration of Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 MASTR ASSET-BACKED SECURITIES TRUST 2007-HE1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HE1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay & Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 & §1301 is granted with respect to, Road #3 Box 3373, Center Street, Stroudsburg, PA 18360 A/K/A 295 Center Road, Stroudsburg, PA 18360 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PAR)

Dated: November 28, 2017