IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>18-04257/MJC |
| JPMorgan Chase Bank, National Association<br>    Movant.<br>v. | CHAPTER 13 |
| Jeffrey Lynn Goss<br>    Debtor/Respondent, | |
| Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance: Parties agree to allow time for a Stipulation Workout; the property I spending a motion to sell and pay the movant in full.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

|  |  |
|---|---|
| Dated: December 9, 2021 | Respectfully submitted,<br>    /s/ Kristen D. Little<br>BY:_____<br>Christopher A. DeNardo 78447<br>Kristen D. Little 79992<br>LOGS Legal Group LLP<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406<br>(610) 278-6800<br>logsecf@logs.com |

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.