United States Bankruptcy Court

Middle District of Pennsylvania

In re:                          Case No. 18-04257-MJC

Jeffrey Lynn Goss                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4               User: AutoDocke               Page 1 of 2

Date Rcvd: Dec 16, 2021           Form ID: pdf010              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

**Recip ID**              **Recipient Name and Address**
                    +  Centre County Tax Claim Bureau, 420 Holmes Street, Bellefonte, PA 16823-1401

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021                  Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Jeffrey Lynn Goss DorieMott@aol.com<br>karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Jeffrey Lynn Goss<br>karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |

Kevin S Frankel
   on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

Kristen D Little
   on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com

Rebecca Ann Solarz
   on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bkgroup@kmllawgroup.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 4:18-bk-04257-MJC |
| | : | |
| JEFFREY LYNN GOSS | : | CHAPTER 13 |
|    Debtor | : | |
| | : | |
| JEFFREY LYNN GOSS | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CARRINGTON MORTGAGE | : | |
| SERVICES LLC; JPMORGAN CHASE | : | |
| BANK, NA, | : | |
|    Respondents | : | |

## ORDER

Upon consideration of the Motion for Approval of Sale,

**IT IS ORDERED AND DECREED** that the delay in efficacy of the Order pursuant to the Motion be waived pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence; and

**IT IS FURTHER ORDERED AND DECREED** that the relief prayed for in the Motion for Approval of Sale of Certain Property is hereby granted; and

**IT IS FURTHER ORDERED AND DECREED** that JPMorgan Chase Bank, National Association will be paid in full at closing, by the title company, pursuant to a proper payoff statement, and that any short-sale must be approved by JPMorgan Chase Bank, National Association.

Dated: December 15, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)