Certificate Number: 15317-PAM-DE-036594537

Bankruptcy Case Number: 18-04257


15317-PAM-DE-036594537

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>June 5, 2022</u>, at <u>1:35</u> o'clock <u>PM PDT</u>, <u>Jeffrey L Goss</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>June 5, 2022</u>     By:  <u>/s/Ralph Hongria</u>

Name:  <u>Ralph Hongria</u>

Title:  <u>Credit Counselor</u>

Case 4:18-bk-04257-MJC    Doc 88    Filed 06/05/22    Entered 06/05/22 21:22:36    Desc
Main Document      Page 1 of 1