# <u>DOROTHY L. MOTT LAW OFFICE, LLC.</u>

125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Telephone:  (717)232-6650  Fax:  (717)232-0477   e-mail: doriemott@aol.com
*** Board Certified - Consumer Bankruptcy Law - American Board of Certification
**DOROTHY L. MOTT, Esquire, Shareholder ***
KARA K. GENDRON, Esquire, Shareholder ***
KRISTIN K. MESSNER, Esquire
MARC A. CRUM, Esquire**

August 12, 2022

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
PO BOX 908
HARRISBURG, PA 17108-0908

Re:   Jeffrey Lynn Goss
       BANKRUPTCY CASE NO:4:18-bk-04257

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please send a certified copy of the Order dated December 15, 2021 at docket entry 84 to my email
address.


Thank you for your attention to this matter.


Sincerely,

/s/ Dorothy L. Mott
Dorothy L. Mott Law Office, LLC
125 State Street
Harrisburg, PA 17101
717.232.6650 Tel
717.232.0477 fax
doriemott@aol.com